NORGREN INC., Appellant,

v.

INTERNATIONAL TRADE COMMISSION, Appellee.

and

SMC Corporation and SMC Corporation of America, Intervenors.

No. 2008–1415.

United States Court of Appeals, Federal Circuit.

Jan. 29, 2009.

Carl F. Manthei, The Ollila Law Group, LLC, Boulder, CO, for Appellant.

## ORDER

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

NICHIA CORPORATION, Plaintiff–Cross Appellant,

v.

SEOUL SEMICONDUCTOR CO., Ltd., and Seoul Semiconductor, Inc., Defendants–Appellants.

Nos. 2008–1309, 2008–1336, 2008–1380.

United States Court of Appeals, Federal Circuit.

Jan. 29, 2009.

George C. Best, Michael J. Song, Foley & Lardner LLP, Palo Alto, CA, Richard S. Florsheim, Linda E.B. Hansen, Foley & Lardner LLP, Milwaukee, WI, Michael D. Kaminski, Foley & Lardner LLP, Washington, DC, for Plaintiff–Cross Appellant.

Donald R. Dunner, Andrew Joseph Vance, Finnegan, Henderson, Farabow, Washington, DC, Andrew C. Sonu, Finnegan, Henderson, Farabow, Reston, VA, for Defendants–Appellants.

## ORDER

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.